

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMARY JUDGMENT IN A CIVIL CASE

Ogden
      Plaintiff
V.

CASE NUMBER: 1:00-cv-00272

Keystone Residence
      Defendant
_____/

|_| Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

|_| Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that: Summary Judgment be and is hereby entered in favor of the defendants, Keystone Residence, Pamela Covert, Joe Bergan, Dottie Serana and Michael Powanda and against the plaintiff Shirley Ogden.

October 10, 2002                          Mary E. D'Andrea

Date                                        Clerk

*(signature)*
(By) Deputy Clerk