ORIGINAL



## Return Receipt

| | |
|---|---|
| Your document: | 1:00-CV-272 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 11/01/2002 10:57:54 AM |

FILED
HARRISBURG, PA

NOV 01 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk