AO 133
(Rev 7/82)

BILL OF COSTS

(48)
11-8-02

# United States District Court

| | |
|---|---|
| SHIRLEY OGDEN | **DISTRICT** Middle of PA |
| v. | **DOCKET NO.** 1:CV-00-272 |
| KEYSTONE RESIDENCE, PAMELA COVERT, JOE BERGAN, DOTTIE SERINA and MICHAEL POWANDA | **MAGISTRATE CASE NO.** |

Judgment having been entered in the above entitled action on **October 10, 2002**
                                                                                        date                                  against

**Plaintiff Shirley Ogden** _____ the clerk is requested to tax the following as costs:

**FILED**
**HARRISBURG,**

NOV 0 7 2002

MARY E. D'ANDREA
Per _____
                Deputy Clerk

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk ........................................................$ | |
| Fees for service of summons and complaint ................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case See attached Statement of Itemized Costs. | 2,212.63 |
| Fees and disbursements for printing ........................................ | |
| Fees for witnesses (itemized on reverse side) ............................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in case See attached Statement of Itemized Costs. | 445.81 |
| Docket fees under 28 U.S.C. § 1923 ......................................... | |
| Costs incident to taking of depositions See attached Statement of Itemized Costs. | 152.00 |
| Costs as shown on Mandate of Court of Appeals .............................. | |
| Other costs (Please itemize) ............................................... | |
| | |
| | |
| | |
| | |
| **TOTAL**        $ | 2,810.44 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: Don Bailey of Bailey Stretton & Ostrowski 4311 North Sixth Street, Harrisburg, PA 17110.

SIGNATURE OF ATTORNEY _____

FOR: **Defendants**
        Name of claiming party                                                    DATE 11/7/02

| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | DATE AND TIME |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED $ |

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE |
|---|---|---|

# STATEMENT OF ITEMIZED COSTS

DEPOSITION COSTS

Fees of the court reporter                              $ 2,212.63

Transcript (10/12/00) - $146.20
Deposition of Dorothy Serina

Transcript (10/12/00) - $91.80
Deposition of Michael Powanda

Transcript (10/13/00) - $147.90
Deposition of Joseph Bergen

Transcript (10/13/00) - $90.10
Deposition of Michael Gibson

Transcripts (1/24/01) – $390.71
Depositions of Vince Porter & Porscha Summers

Transcript (2/8/01) - $321.51
Deposition of Dr. Ralph Dahle

Transcript (2/16/01) Volume 1 - $365.72
Transcript (3/2/01) Volume 2 - $658.69
Deposition of Plaintiff Shirley Ogden

Costs Incident to Take of Depositions                  $ 152.00

Witness Fee & Mileage - $57.00
1/24/01
Deposition of Vince Porter

Witness Fee & Mileage - $45.00
1/24/01
Deposition of Porscha Summers

Witness Fee & Mileage - $50.00
2/8/01
Deposition of Dr. Dahle

EXEMPLIFICATION AND COPIES OF PAPERS                    **$445.81**

Copy of Ogden PHRC file; copied by Pennsylvania Human Relations
Commission - 2/1/01 - $13.81

Medical records of Ogden
copied by Douglas A. Bream, D.P.M. – 3/14/01 - $25.00

Attachments to Defendant Bergen's Brief in Support of Motion for Summary Judgment –
4/17/01 – 15 p. x 5 copies x $.20/p. = $15.00

Attachments to Defendants Cover, Serina and Powanda's Brief in Support of Motion for
Summary Judgment   –  4/17/01 – 42 p. x 5 copies x $.20/p.= $42.00

Attachments to Defendant Keystone Residence's Brief in Support of Motion for
Summary Judgment – 4/17/01 – 16 p. x 5 copies x $.20/p. = $16.00

Attachments to Declaration of Dorothy Serina – 4/17/01 – 51 p. x 5 copies x $.20/p. =
$51.00

Exhibits to Defendants' Motion for Summary Judgment – 4/17/01 – 283 p. x 5 copies x
$.20/p. = $283.00



**Kathy H. Hoy**
*Shorthand Reporter*
*839 Rising Sun Road*
*Millersburg, PA 17061*
*Tel. (717) 692-3352*

SS# 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

**TO:**   BRIAN F. JACKSON, ESQUIRE
McNees, Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA  17108

**DATE:** January 22, 2001

---

Depositions taken October 12 & 13, 2000 at the law offices
of Don Bailey, 4311 North Sixth Street, Harrisburg, Pennsylvania,
in the case of Shirley Ogden, Plaintiff vs. Keystone
Residences, et al., Defendants -- NO. 1:CV 00-0272.


October 12, 2000
Deposition of:  DOROTHY A. SERINA          72 pp.
                MICHAEL L. POWANDA         45 pp.


October 13, 2000
Deposition of:  JOSEPH BERGEN             74 pp.
                MICHAEL ANTHONY GIBSON    45 pp.


Transcripts - 1 Copy - SERINA - 72 + WI 14 = 86 @ $1.70.....   $146.20
            - 1 Copy - POWANDA - 45 + WI 9 = 54 @ $1.70.....     91.80
            - 1 Copy - BERGEN - 74 + WI 13 = 87 @ $1.70.....    147.90
            - 1 Copy - GIBSON - 45 + WI 8 = 53 @ $1.70......     90.10
            - Condensed versions - 4 @ $10.00 .............     40.00
                                              TOTAL.....       $516.00


SORRY FOR DELAY!!!!
THANK YOU
K.HOY



1427 East M      Street
York, Penns    vania 17403
York (717) 845-6418

*Ogden*

# INVOICE

Harrisburg (717) 236-0623
Toll Free (800) 233-9327 (PA)
Fax: (717) 854-3311

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 210289 | 02/02/01 | 1-11687 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/24/01 | CLAREM | |

| CASE CAPTION |
|---|
| Ogden vs. Keystone Residence |

| TERMS |
|---|
| |

Brian Jackson, Esquire
McNees, Wallace & Nurick
100 Pine Street
Harrisburg, PA 17101

```
ORIGINAL AND 1 TRANSCRIPT OF:
   Vince Porter
                            76 PGS @ 2.75/PAGE      209.00

ORIGINAL AND 1 TRANSCRIPT OF:
   Porscha Summers
                            52 PGS @ 2.75/PAGE      143.00
             EXHIBITS     1 PGS @ 0.25/PAGE        0.25

             APPEARANCE FEE                       30.00
             UPS                                   8.46
                                               ========
                T O T A L   D U E   >>>>         390.71
```

Complimentary copy of Keyword Indexing

**Thank you. We appreciate your business.**

**Please enclose green copy with your payment. Show our invoice number on your check.**

Interest of 1½% per month will be charged after 30 Days                    EIN #23-2985305

Filius & McLucas Reporting Service, Inc.
1427 East Market Street
York, PA 17403
(717) 845-6418   Fax (717) 854-3311

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 210465 | 02/22/2001 | 01-116961 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/08/2001 | WETMAN | |

| CASE CAPTION | | |
|---|---|---|
| Ogden vs. Keystone Residence | | |

| TERMS | | |
|---|---|---|
| Net 30 | | |

William E. Doyle, Jr., Esquire
McNees, Wallace & Nurick
100 Pine Street
Harrisburg, PA 17101

```
ORIGINAL AND REDUCED FORMAT OF:
  Ralph E. Dahle, D.O.                              91 Pages @    3.05/Page   277.55
                 EXHIBITS                           24 Pages @     .25/Page    30.00
                 LATE CANCELLATION FEE                                          6.00
                 UPS                                                            7.96

                                          TOTAL   DUE  >>>>              321.51
```

TAX ID NO.: 23-2985305                                      (717) 232-8000    Fax (717) 237-5300

*Please detach bottom portion and return with payment.*

William E. Doyle, Jr., Esquire
McNees, Wallace & Nurick
100 Pine Street
Harrisburg, PA 17101

```
Invoice No.:  210465
Date      :  02/22/2001
TOTAL DUE :     321.51


Job No.   :  01-116961
Case No.  :
Ogden vs. Keystone Residence
```

Remit To:    **Filius & McLucas Reporting Service, Inc.
             1427 East Market Street
             York, PA 17403**

# Filius & McLucas
## REPORTING SERVICE, INC.

1427 East ___et Street
York, Penn___,vania 17403
York (717) 845-6418

Harrisburg (717) 236-0623
Toll Free (800) 233-9327 (PA)
Fax: (717) 854-3311

# FILE COP.    **INVOICE**

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 210673 | 03/14/01 | 1-1170: |

| JOB DATE | REPORTER(S) | CASE NUMB |
|---|---|---|
| 02/16/01 | TRUEKI | |

| CASE CAPTION |
|---|
| Ogden vs. Keystone Residence |

| TERMS |
|---|

Brian Jackson, Esquire
McNees, Wallace & Nurick
100 Pine Street
Harrisburg, PA 17101

ORIGINAL AND 1 TRANSCRIPT OF:
   Shirley Ogden (Volume 1)

|  |  |  |  |
|---|---|---|---|
|  | EXHIBITS | 120 PGS @ 2.75/PAGE | 330.00 |
|  |  | 8 PGS @ 0.25/PAGE | 2.00 |
|  | APPEARANCE FEE |  | 30.00 |
|  | UPS |  | 3.72 |
|  |  |  | ======== |
|  | T O T A L   D U E   >>>> |  | 365.72 |

Complimentary copy of Keyword Indexing

_____ your we appreciate your business.

**Please enclose green copy with your payment. Show our invoice number on your check.**

Interest of 1½% per month will be charged after 30 Days

EIN #23-2985305



# Filius & McLucas

REPORTING SERVICE, INC.

1427 East Market Street
York, Pennsylvania 17403
York (717) 845-6418

Harrisburg (717) 236-0623
Toll Free (800) 233-9327 (PA)
Fax: (717) 854-3311

# INVOICE

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 210764 | 03/21/01 | 1-11710 |
| JOB DATE | REPORTER(S) | CASE NUMB |
| 03/02/01 | TRUEKI | |
| CASE CAPTION | | |
| Ogden vs. Keystone Residence | | |
| TERMS | | |
| | | |

Brian Jackson, Esquire
McNees, Wallace & Nurick
100 Pine Street
Harrisburg, PA 17101

ORIGINAL AND REDUCED FORMAT OF:
Shirley Ogden (Volume 2)

| | | |
|---|---|---|
| | 216 PGS @ 2.75/PAGE | 594.00 |
| EXHIBITS | 43 PGS @ 0.25/PAGE | 10.75 |
| APPEARANCE FEE | | 50.00 |
| UPS | | 3.94 |
| | | ======== |
| T O T A L   D U E   >>>> | | 658.69 |

Appearance fee includes after 5:00 pm
Complimentary copy of Keyword Indexing

Thank you. We appreciate your business.

Please enclose green copy with your payment. Show our invoice number on your check.

Interest of 1½% per month will be charged after 30 Days

EIN #23-2985305

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing

Bill of Costs was served by regular, first-class U.S. mail, postage prepaid, upon the following:

Don Bailey, Esquire
Bailey Stretton & Ostrowski
4311 North Sixth Street
Harrisburg, PA 17110

Date:  November 4 , 2002

Brian F. Jackson