OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4952

November 8, 2002

NOTICE OF DOCKETING OF APPEAL

SHIRLEY OGDEN

vs.

KEYSTONE RESIDENCE

No.: 00-CV-00272
(Honorable James F. McClure, Jr.)

FILED
HARRISBURG, PA

NOV 0 8 2002

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

An appeal by **Shirley Ogden** was filed in the above-caption case on **10/31/02**, and docketed in this Court on **11/08/02**, at No. **02-4047**

Kindly use the Appeals Docket No. **02-4047** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Aina Laws** at Aina_Laws@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**