

**MARY E. D'ANDREA**
*Clerk of Court*

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600  FAX (570) 207-5650*

*Divisional Offices*

*Harrisburg: (717) 221-3920*
*Williamsport: (570) 323-6380*

November 12, 2002

Don Bailey, Esq.
Brian F. Jackson, Esq.
Williams E. Doyle, Jr., Esq.

**FILED**
**SCRANTON**

NOV 1 2 2002

PER _____
DEPUTY CLERK

Re: <u>Ogden vs. Keystone Residence, et. al.</u>
Case 4:00-CV-272 (Judge McClure)

Dear Counsel:

An appeal was filed October 31, 2002 by the plaintiff in the above referenced case. The Court will stay any further action on the Clerk's taxation until the appeal is resolved.

Upon resolution of the appeal the Court will commence processing the Bill of Costs filed by the Defendants

Very truly yours,
MARY E. D'ANDREA, CLERK

by: *Roseanne Pucilauski*
Deputy Clerk