**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 2-4047

Ogden

vs.

Keystone Residence, et al.

Shirley Ogden, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-00272)

**O R D E R**

Pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Third Circuit LAR 11.1 and Misc. 107.1(b),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to order a transcript of the proceedings in the lower court as required, or to notify the Court that a transcript was not necessary for the prosecution of the appeal.

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

Marcia M. Waldron
Clerk

Date: January 17, 2003

cc:
Donald A. Bailey, Esq.
Brian F. Jackson, Esq.

FILED
SCRANTON

JAN 2 4 2003

PER _____ DEPUTY CLERK