

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

March 24, 2003

Don Bailey, Esq.
Brian F. Jackson, Esq.
William E. Doyle, Jr., Esq.

Re: <u>Ogden vs. Keystone Residence, et. al.</u>
    Civil No. 1:00-CV-0272 (Judge McClure)

Dear Counsel:

The court has received notification from the Third Circuit Court of Appeals that the appeal filed in the above referenced case was dismissed on February 24, 2003.   Resolution of this appeal has prompted taxation of costs to occur.

Objections to taxing of costs should be filed with the Clerk on or before **April  1, 2003.** Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

Very truly yours,
MARY E. D'ANDREA, CLERK

By:   s/Roseanne M. Pucilowski,
Deputy Clerk