```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                                    :
SHIRLEY OGDEN                       :
                                    :
         Plaintiff                  :  CIVIL ACTION NO. 1:CV-00-272
                                    :  (Judge McClure)
    v.                              :
                                    :
KEYSTONE RESIDENCE, ET AL           :
                                    :
         Defendants                 :
```

### CLERK'S TAXATION OF COSTS
May 20, 2003

Pending for taxation is the defendants' verified bill of costs in the amount of $2,810.44 for fees of the court reporter, costs incident to taking depositions and copying charges. No objections have been filed.

When a bill of costs is properly verified, Local Rule 54.4(10) provides that "the burden is on the opposing party to establish that a claim is incorrectly stated, unnecessary or unreasonable."  As the items listed in the bill of costs are taxable, and the plaintiff has failed to object despite having been offered an opportunity to do so, see Document 52,

**IT IS HEREBY ORDERED THAT:**

Costs are taxed against the plaintiff and in favor of the defendants in the amount of $2,810.44.

Federal Rule of Civil Procedure Rule 54(d)(1) and LR 54.3 provide that any party may appeal this decision to the court within five days after taxation. Written specifications of the items objected to and the grounds of objections must be filed and served within five days. LR 54.3.

                                                s/Mary E. D'Andrea
                                                MARY E. D'ANDREA, Clerk

cc: All parties/counsel