```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                                  :
SHIRLEY OGDEN                     :
                                  :
         Plaintiff                :  CIVIL ACTION NO. 1:CV-00-272
                                  :  (Judge McClure)
    v.                            :
                                  :
KEYSTONE RESIDENCE, ET AL         :
                                  :
         Defendants               :
```

### JUDGMENT

Pursuant to the court's judgment entered <u>October 10, 2002</u> and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the <u>plaintiff Shirley Ogden</u> and in favor of <u>defendants Keystone Residence, Pamela Covert, Joe Bergan, Dottie Serina and Michael Powanda</u> in the amount of <u>$2,810.44</u>.

                                              ATTEST:

                                              <u>s/Mary D'Andrea</u>
                                              MARY E. D'ANDREA, Clerk

DATE: May 20, 2003