# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIRLEY OGDEN,                          :
       Plaintiff               :
                                        :
       v.                       : NO. 1:CV-00-272
                                          : *J. McClure*
KEYSTONE RESIDENCE, et al.,            :
       Defendants               :

**FILED**

MAY 2 7 2003

MARY E. D'ANDREA, CLERK
PER ___ HBG, PA DEPUTY CLERK

## PRAECIPE TO ISSUE

To:   Clerk

     Issue a Certificate of Clerk in the above-captioned matter in order that

judgment may be entered in Dauphin County.

                         McNEES WALLACE & NURICK LLC

                         By _____
                              Brian F. Jackson
                              100 Pine Street
                              P.O. Box 1166
                              Harrisburg, PA 17108
                              (717)232-8000

Date:  May 27, 2003                  Attorneys for Defendants

Tue May 27 16:09:00 2003

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   111 138771
Cashier       pamela

Tender Type  CHECK

Check Number: 121756

Transaction Type   N

DW Code    Div No     Acct
4667         1        322360

Amount            $     7.00

MCNEES WALLACE & NURICK P.O. BOX 1166
& HBG., PA 17108-1166

CERTIFICATION

bn