# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIRLEY OGDEN               :      CIVIL ACTION NO.1:00-cv-00272
  Plaintiff                 :
                            :      JUDGE JAMES F. McCLURE, JR.
        vs.                  :
KEYSTONE RESIDENCE, et al.    :
  Defendants             :
                            :

## CERTIFICATION OF CLERK

I, MARY E. D'ANDREA, CLERK, of the United States District Court for the

Middle District of Pennsylvania, do hereby certify that on _____ May 20, 2003 judgment

was entered in the captioned case for $2,810.44 in favor of Keystone Residence, Pamela Covert,

Joe Bergan, Dottie Serina and Michael Powanda and against plaintiff Shirley Ogden.

Certified copy of the docket entries is
attached.  WITNESS my hand and seal of
said court at Harrisburg, Pennsylvania, this
28th day of May, 2003

MARY E. D'ANDREA, CLERK

By: s/ Virginia Gilmore
       Deputy Clerk